[No. 6129–9–III.  Division Three.  April 30, 1985.]

SUE NEVILLS ROSE, *Individually and as Guardian ad Litem, Appellant,* v. DONNA L. CLAYTON, ET AL, *Defendants,* THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 80–2–01587–4, Robert S. Day, J., entered September 23, 1982. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, J., and Cone, J. Pro Tem.

[No. 6213–9–III.  Division Three.  April 30, 1985.]

ALAN F. RAUH, *Appellant,* v. CHEVRON CHEMICAL COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00579–4, Robert S. Day, J., entered December 1, 1983. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 5726–7–III.  Division Three.  April 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD C. COLLETTE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–1–00260–2, Bruce P. Hanson, J., entered February 18, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.